Mark Passin, Bar No. 101195
MDPassin@rkmc.com
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
2049 Century Park East, Suite 3400
Los Angeles, CA  90067-3208
Telephone:     (310) 552-0130
Facsimile:     (310) 229-5800

Attorneys for Defendants
INTERACTIVE TELEVISION AND GAMING, LP
f/k/a COMSTAR MEDIA, FUND, LP; INTERACTIVE TELEVISION AND GAMING NETWORKS, LLC, f/k/a COMSTAR NETWORKS, LLC; and FAMILY NET MANAGEMENT, LLC

Bruce Isaacs, Bar No. 100926
WYMAN & ISAACS, LLP
5757 Wilshire Blvd., Suite 475
Los Angeles, CA 90036
Telephone:     (323) 648-4141
Facsimile:     (323) 648-4133

Attorneys for Plaintiff
CBS TELEVISION DISTRIBUTION,
a division of CBS STUDIOS, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CBS TELEVISION DISTRIBUTION, a division of CBS STUDIOS, INC.<br><br>Plaintiff,<br><br>v.<br><br>COMSTAR MEDIA, LLC, a Delaware limited liability company; COMSTAR NETWORKS, LLC, a Texas limited liability company; FAMILY NET MANAGEMENT, LLC, a Delaware limited liability company; RESOLUTE MEDIA ATLANTA, LLC, a Georgia limited liability company, f/k/a FAMILYNET, LLC, a Delaware limited liability company; DOES 1 TO 10<br><br>Defendants. | Case No.  CV 12-03314 JAK (MRWx)<br><br>[Assigned to the Honorable John A. Kronstadt]<br><br>**STIPULATION FOR DISMISSAL WITHOUT PREJUDICE** |

BI/CBS-FAMILY NET/STIP RE DISMISSAL WITHOUT PREJUDICE

WHEREAS, on October 12 and 15 , 2012, Plaintiff CBS Television Distribution, a division of CBS Studios, Inc. ("CBS") and Defendants Interactive Television and Gaming, LP, formerly known as Comstar Media, Fund, LP, Interactive Television and Gaming Networks, LLC, formerly known as Comstar Networks, LLC, and Family Net Management, LLC (the "Interactive Defendants") and Defendant Resolute Media Atlanta, LLC f/k/a FamilyNet, LLC ("Resolute") signed a settlement agreement (the "Settlement Agreement");

WHEREAS, the Settlement Agreement contemplates a dismissal, without prejudice, now and a dismissal, with prejudice, in 91 days provided certain agreed upon conditions are satisfied;

**NOW, THEREFORE, IN CONSIDERATION OF THE ABOVE, THE PARTIES, BY AND THROUGH THEIR COUNSEL, HEREBY STIPULATE AND AGREE AS FOLLOWS**:

The Complaint is hereby dismissed, without prejudice and without costs.

The crossclaims are hereby dismissed, without prejudice and without costs, subject to the terms and conditions of the Settlement Agreement between the parties to this action dated October 12, 2012.

Dated: October 18, 2012          ROBINS KAPLAN MILLER & CIRESI LLP

By          /s/ Mark Passin
            MARK PASSIN

ATTORNEYS FOR INTERACTIVE TELEVISION AND GAMING, LP f/k/a COMSTAR MEDIA FUND LP; INTERACTIVE TELEVISION AND GAMING NETWORKS, LLC, f/k/a COMSTAR NETWORKS, LLC; and FAMILY NET MANAGEMENT, LLC

Dated: October 18, 2012          EPPORT, RICHMAN & ROBBINS, LLP

By          /s/ Laura E. McSwiggin
            LAURA E. MCSWIGGIN

ATTORNEYS FOR REOLUTE MEDIA ATLANTA, LLC

1  Dated:  October 18, 2012          WYMAN & ISAACS LLP

3                              By      /s/Bruce Isaacs
                                       BRUCE ISAACS

                               ATTORNEYS FOR CBS TELEVISION
                               DISTRIBUTION, a division of CBS STUDIOS, INC.

PROOF OF SERVICE

Pursuant to FRCP 5, I certify that I am an employee of the law firm of WYMAN & ISAACS LLP, and that on the date shown below, I caused service of a true and correct copy of the attached:

**STIPULATION FOR DISMISSAL WITHOUT PREJUDICE**

to be completed by:

_____    personally delivering

_____    delivery via Nationwide Legal Services

_____    sending via Federal Express or other overnight delivery service

\_ X \_    depositing for mailing in the U.S. mail with sufficient postage affixed thereto

_____    delivery via facsimile machine to fax no. _____

\_ X \_    by E-Mail – PDF Format - I caused the foregoing document to be served by e-mail transmission, in PDF Format, to each of the interested parties at the e-mail address shown below.

\_ X \_    electronic filing, and thereby delivery via e-mail to:

Mark Passin, Esq.  
Robins, Kaplan, Miller & Ciresi L.L.P.  
2049 Century Park East, Suite 3400  
Los Angeles, CA  90067-3208  
Email:  mdpassin@rkmc.com

Rick Brittain, Esq.  
Bird, Loechl, Brittain & McCants, LLC  
3414 Peachtree Road, N.E., Suite 1150  
Atlanta, Georgia 30326  
Email:  rbrittain@birdlawfirm.com

Laura E. McSwiggin, Esq.  
Epport, Richman & Robbins, LLP  
1875 Century Park East  
Suite 800  
Los Angeles, CA  90067  
Email:  lmcswiggin@erlaw.com

Dated this 19th day of October, 2012

/s/Lina Pearmain